FRANK J. DUPIGNAC, as Committee, etc., Respondent, *v.* AUGUST QUICK, Appellant.

APPEAL from a judgment in favor of plaintiff.

Loftus & Caffrey (Patrick H. Loftus, of counsel), for appellant.

Henry B. Culver, for respondent.

*Per Curiam.* We think that the tender upon the trial of the bond offered and approved by the court was sufficient. Code, § 1917..

The plaintiff was not bound in his complaint to allege the loss of the note sued upon, nor was he bound to offer sooner than he did the bond mentioned.

Present: FITZSIMONS, Ch. J., and SCHUCHMAN, J.

Judgment affirmed, with costs.